UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Pauline Short, on behalf of herself and
all others similarly situated

       **Plaintiff(s),**

v.

Equifax Information Services LLC

       **Defendant(s).**

Civil Case No. 14-00471-ST

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **John Soumilas** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: **Soumilas**, **John**
   *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Firm or Business Affiliation: Francis & Mailman, P.C.

Mailing Address: 100 South Broad Street, 19th Floor

City: Philadelphia    State: PA    Zip: 19110

Phone Number: (215) 735-8600    Fax Number: (215) 940-8000

Business E-mail Address: jsoumilas@consumerlawfirm.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Please see attached.

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Please see attached.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff, Pauline Short and all others similarly situated

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __1st__ day of __July__, __2014__

*(Signature of Pro Hac Counsel)*

John Soumilas
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __9th__ day of __July__, __2014__

*(Signature of Local Counsel)*

Name: __Sola__           __Robert__           __S.__
       *(Last Name)*     *(First Name)*       *(MI)*     *(Suffix)*

Oregon State Bar Number: __84454__

Firm or Business Affiliation: __Robert S. Sola, P.C.__

Mailing Address: __8835 S.W. Canyon Lane, Suite 130__

City: __Portland__          State: __OR__      Zip: __97225__

Phone Number: __(503) 295-6880__    Business E-mail Address: __(503) 291-9172__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## John Soumilas Court Admissions Information

**Pennsylvania Supreme Court**
Admitted 1999
PA Bar No. 84527
Supreme Court
Pennsylvania Judicial Center
601 Commonwealth Ave., Harrisburg, PA 17106

**New Jersey Supreme Court**
Admitted 2000
NJ Bar No. 020371999
25 Market St, Trenton, NJ 08608

**U.S. District Court for the Eastern District of Pennsylvania**
Admitted 2001
PA Bar No. 84527
601 Market Street, Room 2609, Philadelphia PA 19106-1797

**U.S. District Court for the District of New Jersey**
Admitted 2001
NJ Bar No. 020371999
United States District Court
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State Street, Room 2020, Trenton, NJ 08608

**U.S. District Court for the Eastern District of Michigan**
Admitted 2013
231 W. Lafayette Blvd., Detroit, MI 48226

**U.S. District Court for the District of Colorado**
Admitted 2013
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street, Denver, CO 80294-3589

**U.S. Court of Appeals for the Third Circuit**
Admitted 2001
PA Bar No. 84527
21400 U.S. Court House
601 Market Street, Philadelphia, PA 19106

**U.S. Court of Appeals for the Ninth Circuit**
Admitted 2012
The James R. Browning Courthouse
95 7th Street, San Francisco, CA 94103