UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Pauline Short, etc.,

        Plaintiff(s),

v.

Equifax Information Services LLC

        Defendant(s).

Civil Case No. 3:14-cv-00471-ST

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **J. Anthony Love** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Love, (Last Name)    J. (First Name)    Anthony (MI)    (Suffix)

Firm or Business Affiliation: King & Spalding LLP

Mailing Address: 1180 Peachtree Street NE

City: Atlanta    State: GA    Zip: 30309

Phone Number: (404) 215-5913    Fax Number: (404) 572-5100

Business E-mail Address: TLove@kslaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
State Bar of Georgia; admitted 06.29.1993; I.D. No. 45915
State Bar of Florida admitted 07.24.2009; I.D. No. 67224

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
See attached Exhibit "A" for full listing.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Equifax Information Services LLC

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 17th day of September, 2014

_____
(Signature of Pro Hac Counsel)

J. Anthony Love
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 17th day of September, 2014

Keith McGuire   OSB #126210
(Signature of Local Counsel)   for

Name: Edelson,           Jeffrey                    M.
      (Last Name)        (First Name)              (MI)       (Suffix)

Oregon State Bar Number: 88040

Firm or Business Affiliation: Markowitz, Herbold, Glade & Mehlhaf, P.C.

Mailing Address: 1211 SW Fifth Avenue, Suite 3000

City: Portland                    State: OR    Zip: 97204

Phone Number: (503) 295-3085   Business E-mail Address: JeffEdelson@MHGM.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

# EXHIBIT A
## COURTS JOHN ANTHONY LOVE ADMITTED TO PRACTICE:
## ATTACHMENT
### Georgia Bar Number 459155
### All Active

| Courts: | Date: |
| --- | --- |
| Supreme Court of Georgia | 12/6/1993 |
| State of Georgia | 6/29/1993 |
| State of Florida (Bar No. 67224) | 7/24/2009 |
| United States Supreme Court | 10/15/2002 |
| USDC-District of Colorado | 10/5/2011 |
| USDC-Northern District of Georgia | 12/6/1993 |
| USDC - Western District of Michigan | 5/10/2002 |
| USDC - Northern District of Illinois | 2/24/2003 |
| USDC - Central District of Illinois | 5/23/2003 |
| USDC- Southern District of Florida | 10/23/2009 |
| USDC - Northern District of Florida | 12/1/2011 |
| USDC - Middle District of Florida | 2/7/2012 |
| USCA for 1st Circuit | 7/16/2003 |
| USCA for 3rd Circuit | 3/13/2000 |
| USCA for 4th Circuit | 11/8/2007 |
| USCA for the 6th Circuit | 6/8/1999 |
| USCA for the 7th Circuit | 6/24/1999 |
| USCA for the 9th Circuit | 5/19/1998 |
| USCA for the 11th Circuit | 12/13/2007 |
| USCA for the 10th Circuit | 6/23/2010 |
| USDC-Eastern District of Michigan | 5/29/2014 |
| USDC-Eastern District of Wisconsin | 05/08/2007 |