UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Pauline Short, etc.,

        Plaintiff(s),

v.

Equifax Information Services LLC

        Defendant(s).

Civil Case No. 3:14-cv-00471-ST

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney K. Ann Broussard requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name: Broussard, K., Ann
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: King & Spalding LLP
Mailing Address: 1180 Peachtree Street NE
City: Atlanta    State: GA    Zip: 30309
Phone Number: (404) 215-5725    Fax Number: (404) 572-5100
Business E-mail Address: ABroussard@kslaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)   State bar admission(s), date(s) of admission, and bar ID number(s):
State Bar of Georgia; admitted 05.23.2006; I.D. No. 100142
State Bar of Alabama admitted Sept., 2001; I.D. No. BROUK2854

    (b)   Other federal court admission(s), date(s) of admission, and bar ID number(s):
See attached Exhibit "A" for full listing.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Equifax Information Services LLC

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __17th__ day of __September__, __2014__

_____
(Signature of Pro Hac Counsel)

K. Ann Broussard
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __17th__ day of __September__, __2014__

_____Keith McGM_____ OSB #126210
(Signature of Local Counsel)  for

Name: __Edelson,_____ __Jeffrey_____ __M._____ _____
(Last Name)          (First Name)          (MI)     (Suffix)

Oregon State Bar Number: __88040__

Firm or Business Affiliation: __Markowitz, Herbold, Glade & Mehlhaf, P.C.__

Mailing Address: __1211 SW Fifth Avenue, Suite 3000__

City: __Portland__     State: __OR__     Zip: __97204__

Phone Number: __(503) 295-3085__   Business E-mail Address: __JeffEdelson@MHGM.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## EXHIBIT A

### COURTS KEASHA ANN BROUSSARD ADMITTED TO PRACTICE

| COURTS: | DATES | BAR NUMBER: |
| --- | --- | --- |
| USDC - NORTHERN DISTRICT OF ILLINOIS | 1/16/2008 | |
| USDC - NORTHERN DISTRICT OF GEORGIA | 8/20/2007 | 100142 |
| USDC - NORTHERN DISTRICT OF ALABAMA | 2/24/2009 | |
| USDC - MIDDLE DISTRICT OF ALABAMA | 1/30/2009 | BROUK2854 |
| USDC - SOUTHERN DISTRICT OF ALABAMA | 2/27/2009 | BROUK2854 |
| USDC - DISTRICT OF COLORADO | 2011 | |
| USDC – EASTERN DISTRICT OF WISCONSIN | 08/08/2014 | |
| STATE OF ALABAMA | 9/2001 | BROUK2854 |
| STATE OF GEORGIA | 5/23/2006 | 100142 |
| SUPREME COURT OF GEORGIA | 7/9/2008 | 100142 |
| 4th CIRCUIT COURT OF APPEALS | 9/1/2009 | |
| 5th CIRCUIT COURT OF APPEALS | 9/3/2010 | |
| 9th CIRCUIT COURT OF APPEALS | 8/12/2010 | |