**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Pauline Short, etc.,

    Plaintiff(s),

v.

Equifax Information Services LLC

    Defendant(s).

Civil Case No. 3:14-cv-00471-ST

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Barry Goheen** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name: Goheen, Barry
    (Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: King & Spalding LLP

Mailing Address: 1180 Peachtree Street NE

City: Atlanta   State: GA   Zip: 30309

Phone Number: (404) 572-4618   Fax Number: (404) 572-5100

Business E-mail Address: BGoheen@kslaw.com

(2) **BAR ADMISSIONS INFORMATION:**

   (a)   State bar admission(s), date(s) of admission, and bar ID number(s):
State Bar of Georgia; admitted 06.25.1997; I.D. No. 299203
State Bar of Tennessee; admitted 11.14.1994; I.D. No. 16703

   (b)   Other federal court admission(s), date(s) of admission, and bar ID number(s):
See attached Exhibit "A" for full listing.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Equifax Information Services LLC

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 17th day of September, 2014

_____
(Signature of Pro Hac Counsel)

Barry Goheen
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 17th day of September, 2014

_____ OSB #126210
(Signature of Local Counsel) for

Name: Edelson,         Jeffrey         M.
      (Last Name)      (First Name)    (MI)        (Suffix)

Oregon State Bar Number: 88040
Firm or Business Affiliation: Markowitz, Herbold, Glade & Mehlhaf, P.C.
Mailing Address: 1211 SW Fifth Avenue, Suite 3000
City: Portland                           State: OR        Zip: 97204
Phone Number: (503) 295-3085    Business E-mail Address: JeffEdelson@MHGM.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

Revised March 1, 2014

Application for Special Admission - *Pro Hac Vice*
Page 3 of 3

## COURTS IN WHICH BARRY GOHEEN IS ADMITTED TO PRACTICE

| Courts: | Date Of Admission: |
| --- | --- |
| State of Georgia | June 25, 1997 |
| State of Tennessee | November 14, 1994 |
| United States District Court for the Middle District of Georgia | January 30, 2002 |
| United States District Court for the Northern District of Georgia | July 21, 1997 |
| United States District Court for the Northern District of Illinois | February 23, 2012 |
| United States District Court for the Southern District of Indiana | December 17, 2012 |
| United States District Court for the Middle District of Tennessee | July 11, 1995 |
| United States District Court for the Western District of Wisconsin | July 28, 1997 |
| 1st Circuit Court of Appeals | December 10, 2004 |
| 2nd Circuit Court of Appeals | January 28, 2009 |
| 3rd Circuit Court of Appeals | October 29, 2010 |
| 4th Circuit Court of Appeals | February 26, 2007 |
| 5th Circuit Court of Appeals | September 14, 2007 |
| 6th Circuit Court of Appeals | August 19, 1996 |
| 7th Circuit Court of Appeals | December 8, 2006 |
| 8th Circuit Court of Appeals | November 21, 2013 |
| 9th Circuit Court of Appeals | February 9, 2009 |
| 10th Circuit Court of Appeals | June 21, 2010 |
| 11th Circuit Court of Appeals | April 22, 1999 |