**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Pauline Short

_____
                Plaintiff(s),

v.

Equifax Information Services LLC

_____
                Defendant(s).

Civil Case No. ___3:14-cv-471___

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney ___Zachary A. McEntyre_____ requests special admission *pro hac vice* in
the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: __McEntyre,_____Zachary_____A._____
            *(Last Name)*              *(First Name)*              *(MI)*        *(Suffix)*

Firm or Business Affiliation: __King & Spalding LLP_____

Mailing Address: _____1180 Peachtree Street NE_____

City: _Atlanta_____ State: _GA_____ Zip: _30309_____

Phone Number: __(404) 572-4636___ Fax Number: __(404) 572-5100_____

Business E-mail Address: __zmcentyre@kslaw.com_____

---

**(2)**    **BAR ADMISSIONS INFORMATION:**

**(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):
See attached Exhibit "A" for complete listing.

**(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):
See attached Exhibit "A" for complete listing.

**(3)**    **CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)**    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**    **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Equifax Information Services LLC

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 7th _____ day of November ___, 2014 _____

_____
*(Signature of Pro Hac Counsel)*

Zachary A. McEntyre
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _____ day of November ___, 2014 _____

_____
*(Signature of Local Counsel)*

Name: Edelson, _____ Jeffrey _____ M. _____
     *(Last Name)*           *(First Name)*           *(MI)*     *(Suffix)*

Oregon State Bar Number: 880407 _____

Firm or Business Affiliation: Markowitz, Herbold, Glade & Mehlhaf, P.C.

Mailing Address: 1211 SW Fifth Avenue, Suite 3000

City: Portland _____ State: OR _____ Zip: 97204

Phone Number: (503) 295-3085 _____ Business E-mail Address: JeffEdelson@MHGM.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

**EXHIBIT A**

**COURTS ZACHARY ANDREW McENTYRE**
**ADMITTED TO PRACTICE:**

**Georgia Bar Number 653571**

**All Active, in Good Standing**

| Courts: | Date: |
|---|---|
| Admitted to Georgia Bar | 10/27/2006 |
| Supreme Court of Georgia | 04/30/2007 |
| Georgia Court of Appeals | 04/30/2007 |
| U.S. Court of Appeals, Seventh Circuit | 11/17/2009 |
| U.S. Court of Appeals, Eleventh Circuit | 11/14/2007 |
| USDC, Northern District of Georgia | 12/18/2006 |
| USDC, Northern District of Florida | 06/05/2008 |