UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Pauline Short

_____
            **Plaintiff(s),**

v.

Equifax Information Services LLC

_____
            **Defendant(s).**

Civil Case No. 3:14-cv-471 _____

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Meryl W. Roper _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    **(1)    PERSONAL DATA:**

Name: Roper, Meryl, W.
       (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: King & Spalding LLP

Mailing Address: 1180 Peachtree Street NE

City: Atlanta    State: GA    Zip: 30309

Phone Number: 404-572-2812    Fax Number: 404-572-5100

Business E-mail Address: mroper@kslaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
State Bar of Georgia, November 1999, Bar No. 238919

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC Northern District of Georgia, April 2002

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Equifax Information Services LLC

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this **6th** day of **February**, **2015**

_____
*(Signature of Pro Hac Counsel)*

**Meryl W. Roper**
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this **6th** day of **February**, **2015**

/s/ Jeffrey M. Edelson
*(Signature of Local Counsel)*

Name: **Edelson**, **Jeffrey**, **M.**
       *(Last Name)*  *(First Name)*  *(MI)*  *(Suffix)*

Oregon State Bar Number: **880407**

Firm or Business Affiliation: **Markowitz Herbold PC**

Mailing Address: **1211 SW Fifth Avenue, Suite 3000**

City: **Portland**    State: **OR**    Zip: **97204**

Phone Number: **(503) 295-3085**    Business E-mail Address: **JeffEdelson@MarkowitzHerbold.com**

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---