**ROBERT S. SOLA**
Oregon State Bar No. 844541
rssola@msn.com
**SHIDON B. AFLATOONI**
saflatooni@outlook.com
Oregon State Bar No. 113115
Robert S. Sola, P.C.
1500 S.W. First Avenue, Suite 800
Portland, Oregon 97201
Telephone (503) 295-6880
Facsimile (503) 243-4546

**JOHN SOUMILAS** (*pro hac vice*)
jsoumilas@consumerlawfirm.com
Francis & Mailman, P.C.
100 South Broad Street, Suite 1902
Philadelphia, PA 19110
Telephone (215) 735-8600
Facsimile (215) 940-8000

    Attorneys for Plaintiff Pauline Short

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PAULINE SHORT**,<br>**On behalf of herself and all others similarly situated,**<br><br>    Plaintiff,<br><br>    v.<br><br>**EQUIFAX INFORMATION SERVICES LLC,**<br>a foreign corporation,<br><br>    Defendant. | Civil No. 3:14-cv-00471-YY<br><br>DECLARATION OF ROBERT S. SOLA IN SUPPORT OF PLAINTIFF PAULINE SHORT'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |

    I, Robert S. Sola, hereby declare as follows:

    1.    I am one of the attorneys representing Plaintiff Pauline Short in this action and I make this declaration based on my personal knowledge.

1 – DECL. OF ROBERT S. SOLA IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

2. Between November 10, 2014 and May 26, 2015, I had dozens of communications with Equifax's counsel regarding discovery matters, including the terms of a protective order, obtaining frozen scans of Plaintiff and Paula Short, the terms of an order to produce documents of Paula Short, obtaining discovery relating to class members, obtaining policy manuals and obtaining vendor agreements.

3. The second motion for extension was proposed by Equifax.

4. On May 12, 2016, Equifax's counsel informed me that Equifax would not produce the information on the consumers whose file contained the tax liens that Plaintiff had provided to Equifax.

5. Attached as Exhibit L is a true and correct copy of Committee Notes on Rules—2006 Amendment, *Subdivision (b)(2)* [of Rule 26] obtained online from the Legal Information Institute of Cornell University Law School.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 11, 2016                           /s/ Robert S. Sola
                                               Robert S. Sola

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the clerk of the court using the CM/ECF system which will send notice of such filing to the following counsel:

Jeffrey M. Edelson
Markowitz, Herbold, Glade & Mehlhaf, P.C.
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204

Meryl Roper
Zachary McEntyre
Barry Goheen
J. Anthony Love
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

Attorneys for Equifax Information Services, LLC


Dated this 11th day of July 2016.

/s/ Robert S. Sola
Robert S. Sola, OSB# 844541
rssola@msn.com
Telephone (503) 295-6880
Facsimile (503) 243-4546
Attorneys for Plaintiff

3 – DECL. OF ROBERT S. SOLA IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL